NELSON *v.* THE STATE.

114　35,
Case 1
116　852.

COBB, J. The evidence authorized the verdict rendered in the county court ; and there was no error committed at the trial which would have warranted the judge of the superior court upon certiorari in remanding the case to the county court for another hearing.

*Judgment affirmed. All the Justices concurring.*

Submitted October 8,—Decided November 6, 1901.

Certiorari. Before Judge Seabrook. Liberty superior court. May term, 1901.

*Donald Fraser* and *B. A. Way,* for plaintiff in error.
*Livingston Kenan, solicitor-general,* contra.

---

HARRIS *v.* THE STATE.

114　35,
Case 2
114　446

SIMMONS, C. J. 1. The court charged generally as to the impeachment of witnesses ; and if more specific instructions were desired, a proper request to that effect should have been made. *Downing* v. *State,* 114 *Ga.* 30.
2. A new trial will not be granted because of newly discovered evidence, when that evidence is merely impeaching in its character.
3. The evidence amply supported the verdict, and the trial judge did not abuse his discretion in refusing a new trial.

*Judgment affirmed. All the Justices concurring.*

Submitted October 8,—Decided November 6, 1901.

Indictment for murder. Before Judge Russell. Walton superior court. February term, 1901.

*E. F. Weems,* for plaintiff in error. *J. M. Terrell, attorney-general,* and *C. H. Brand, solicitor-general,* contra.